Zenith Ward, WSB #7-4584
Buchhammer & Ward, P.C.
1821 Logan Avenue
P.O. Box 568
Cheyenne, WY 82003-0568
(307) 634-2184
fax (307) 634-2199
zsw@wyoming.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KIMBERLY DEVEER, surviving spouse and wrongful death personal Representative of DANIEL DEBEER, deceased,<br><br>               Plaintiff,<br><br>    v.<br><br>AMAZON LOGISTICS,INC., d/b/a PRIME, AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AAF555 LLC, NORTHWEST EXPRESS LLC, ASD EXPRESS, LLC and JUSTIN NZARAMBA,<br><br>               Defendants. | Docket 23-cv-33 |

## DEFENDANT'S CORPORATE DISCLOSURE

COME NOW Defendant, AAF555 LLC, by and through counsel, and pursuant to Rule 7.1, F.R.C.P., makes the following disclosure:

> AAF555 LLC, is a nongovernmental corporate party that does not have a parent corporation. No publicly held corporation owns 10% or more of its stock.

DATED this 12th day of May, 2023.

                                AAF555 LLC, Defendant.


                          By:   */s/ Zenith S. Ward*
                                Zenith S. Ward, WSB # 7-4584
                                Buchhammer & Ward, P.C.

        1821 Logan Avenue
        P.O. Box 568
        Cheyenne, WY   82003-0568
        (307) 634-2184
        (307) 634-2199 – fax
        zsw@wyoming.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded as noted below, this 12th day of May, 2023.

| | | |
|---|---|---|
| Grant H. Lawson<br>Joseph P. Chenchar<br>Metier Law Firm, LLC<br>259 S. Center, Suite 301<br>Casper, WY 82601<br>grant@metierlaw.com<br>joe@metierlaw.com | ☐<br>X<br>☐<br>☐ | Facsimile<br>CMECF<br>U.S. Mail and Email<br>Hand Delivery |
| Stuart R Day<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>sday@wpdn.net | ☐<br>X<br>☐<br>☐ | Facsimile<br>CMECF<br>U.S. Mail and Email<br>Hand Delivery |

        */s/ Zenith S. Ward*
        Zenith S. Ward