Grant H. Lawson, WSB #6-4260  
Metier Law Firm, LLC  
4828 S. College Ave.  
Fort Collins, CO 80525  
(307)237-3800 Office  
(970)225-1476 Fax  
grant@metierlaw.com  

Matthew E. Wright  
*Admitted pro hac vice*  
The Law Firm for Truck Safety, LLP  
840 Crescent Centre Drive, Suite 310  
Franklin, Tennessee 37067  
(615)455-3588 Office  
(615)468-4540 Fax  
matt@truckaccidents.com  

George "Jed" Chronic  
*Admitted pro hac vice*  
Maschka, Riedy, Ries & Frentz  
151 Saint Andrews Court, Building 1010  
Mankato, MN  56001  
(507)625-6600 Office  
(507)625-4002 Fax  
jchronic@mrr-law.com  

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| KIMBERLY DEBEER, surviving spouse and wrongful death personal representative of DANIEL DEBEER, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON LOGISTICS, INC., d/b/a PRIME,   AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AAF555 LLC, NORTHWEST EXPRESS LLC, ASD EXPRESS, LLC and JUSTIN NZARAMBA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action #2:23-cv-33-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS**

Plaintiff, Kimberly DeBeer, by and through her undersigned counsel, hereby gives notice of the issuance of a subpoena as follows: Pursuant to Federal Rule of Civil Procedure 45(a)(4), when a subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, notice and a copy of the subpoena must be served on each party before being served on the person or entity to whom it is directed.  This notice is to inform the Defendants that the attached subpoenas are being served on:

1. Verizon Wireless Custodian of Records, 180 Washington Valley Road, Bedminster NJ 07921.

Copies of the subpoenas are attached hereto as Exhibit "1" and Exhibit "2".

Respectfully submitted,

**MASCHKA, RIEDY, RIES & FRENTZ**

*/s/ Jed Chronic*
George "Jed" Chronic
151 Saint Andrews Court, Building 1010
Mankato, MN  56001
(507) 625-6600 Office
(507) 625-4002 Fax
jchronic@mrr-law.com

**METIER LAW FIRM, LLC**

*/s/ Grant H. Lawson*
Grant H. Lawson, #6-4260
Joseph P. Chenchar, #7-5576
259 S. Center, Suite 301
Casper, WY 82601
Mailing: 4828 South College Avenue
Fort Collins, CO 80525
(307) 237-3800
(930) 225-1476 (fax)
grant@metierlaw.com
joe@metierlaw.com

**THE LAW FIRM FOR TRUCK SAFETY, LLP**

*/s/ Matthew E. Wright*
Matthew E. Wright
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067
615-455-3588
615-468-4540 (fax)
matt@truckaccidents.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a true and correct copy of the foregoing was served by electronic service via the CM/ECF system to the following:

Zenith S. Ward
Buchhammer & Ward, PC
1821 Logan Avenue
P.O. Box 568
Cheyenne, WY 82003-0568
zsw@wyoming.com
Attorney for Defendant Northwest Express, LLC and Justin Nzaramba

Stuart R. Day
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602
sday@wpdn.net
Attorney for Amazon Logistics, Inc., d/b/a Prime; Amazon.com, Inc. and Amazon Services, LLC

Grant H. Lawson
Joseph P. Chenchar
Metier Law Firm, LLC
259 S. Center, Suite 301
Casper, WY 82601
grant@metierlaw.com
joe@metierlaw.com

George "Jed" Chronic
*Admitted Pro Hac Vice*
Maschka, Riedy, Ries & Frentz
151 Saint Andrews Court,
Building 1010
Mankato, MN  56001
(507)625-6600 Office
(507)625-4002 Fax
jchronic@mrr-law.com

*/s/Jed Chronic*
George "Jed" Chronic

3