Matthew E. Wright
*Admitted pro hac vice*
The Law Firm for Truck Safety, LLP
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067
(615)455-3588 Office
(615)468-4540 Fax
matt@truckaccidents.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KIMBERLY DEBEER, surviving spouse and wrongful death personal representative of DANIEL DEBEER, deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action #2:23-cv-33-ABJ ) |
| AMAZON LOGISTICS, INC., d/b/a PRIME, AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AAF555 LLC, NORTHWEST EXPRESS LLC, ASD EXPRESS, LLC and JUSTIN NZARAMBA, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF ISSUANCE OF
## SUBPOENAS TO PRODUCE DOCUMENTS

Plaintiff, Kimberly DeBeer, by and through her counsel of record, hereby gives notice of the issuance of subpoenas as follows: Pursuant to Federal Rule of Civil Procedure 45(a)(4), when a subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, notice and a copy of the subpoena must be served on each party before

1

being served on the person or entity to whom it is directed.  This notice is to inform the Defendants that the attached subpoenas are being served upon the Records Custodians of:

1. Wyoming Highway Patrol, 5300 Bishop Blvd., Cheyenne, WY 82009;

2. Fleetnet America, Inc., 300 Commerce Drive, Cherryville, NC 28021;

3. Interstate Truck Centers, a/k/a I-State Truck Centers, 4801 Harbor Drive, Sioux City, IA 51111; and

4. All Pro Towing, LLC; 45402 Highway 92, Carson, IA 51525-4317.

Copies of the Subpoenas are attached hereto as Exhibits "1" through "4."

                        **THE LAW FIRM FOR TRUCK SAFETY, LLP**

                        */ss/ Matthew E. Wright*
                        Matthew E. Wright, TN #022596
                        *Admitted Pro Hac Vice*
                        840 Crescent Centre Drive, Suite 310
                        Franklin, Tennessee 37067
                        615-455-3588
                        615-468-4540 (fax)
                        matt@truckaccidents.com

                        Grant H. Lawson, #6-4260
                        Joseph P. Chenchar, #7-5576
                        **METIER LAW FIRM, LLC**
                        259 S. Center, Suite 301
                        Casper, WY 82601
                        Mailing: 4828 South College Avenue
                        Fort Collins, CO 80525
                        (307 237-3800
                        (930) 225-1476 (fax)
                        grant@metierlaw.com
                        joe@metierlaw.com

                        George "Jed" Chronic
                        *Admitted Pro Hac Vice*
                        Maschka, Riedy, Ries & Frentz

        151 Saint Andrews Court,
Building 1010
Mankato, MN  56001
(507)625-6600
(507)625-4002 (fax)
jchronic@mrr-law.com

*Attorneys for Plaintiff, Kimberly DeBeer, surviving spouse of and wrongful death representative of Daniel DeBeer*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, a true and correct copy of the foregoing was served via electronic mail to the following:

| | |
|---|---|
| Zenith S. Ward<br>Buchhammer & Ward, PC<br>1821 Logan Avenue<br>P.O. Box 568<br>Cheyenne, WY 82003-0568<br>zsw@wyoming.com<br>Attorney for Defendant Northwest Express, LLC and Justin Nzaramba | Stuart R. Day<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, WY 82602<br>sday@wpdn.net<br>Attorney for Amazon Logistics, Inc., d/b/a Prime; Amazon.com, Inc. and Amazon Services, LLC |
| Grant H. Lawson<br>Joseph P. Chenchar<br>Metier Law Firm, LLC<br>259 S. Center, Suite 301<br>Casper, WY 82601<br>grant@metierlaw.com<br>joe@metierlaw.com | George "Jed" Chronic<br>*Admitted Pro Hac Vice*<br>Maschka, Riedy, Ries & Frentz<br>151 Saint Andrews Court,<br>Building 1010<br>Mankato, MN  56001<br>(507)625-6600 Office<br>(507)625-4002 Fax<br>jchronic@mrr-law.com |

        */ss/Matthew E. Wright*
Matthew E. Wright

3