

# Exhibit G

Amazon Defendants' Motion for Protective Order

*DeBeer v. Amazon Logistics, Inc., et al.*

T: 307-265-0700 | F: 307-266-2306 | wpdn.net | info@wpdn.net  

02/12/2024 12:00:38 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-22-000664

CAUSE NO. D-1-GN-22-000664

| | | |
|---|---|---|
| **DIMITRULA VELEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ILIANA ARIE VELEZ, DECEASED**<br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC., AMAZON.COM, LLC, AMAZON LOGISTICS, LLC, AMAZON.COM SERVICES, INC., JORDAN MICHAEL SANNICOLA,**<br>*Defendants.* | § § § § § § § § § § § § § § § | **IN THE DISTRICT COURT**<br><br><br><br><br><br><br>**345ᵀᴴ JUDICIAL DISTRICT OF**<br><br><br><br><br>**TRAVIS COUNTY, TEXAS** |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND DEPOSITIONS

ON January 29, 2024, this Court heard Plaintiff's Motion to Compel Discovery and Depositions (filed on January 8, 2024). Having considered the Plaintiff's Motion, Amazon's Response to Plaintiff's Motion to Compel and Motion for Temporary Sealing Order, Amazon's Amended Response to Plaintiff's Motion to Compel Deposition of Steve Dasgupta and Motion for Protective Order (with supporting declaration), and the arguments of counsel, the Court finds as follows:

1. The parties agreed that in five (5) days Amazon would provide dates for Mr. Sandefur's deposition to take place in 45 days;
2. Plaintiff withdrew the Motion with respect to Requests No. 4-7 of Plaintiff's Fourth Set of Discovery;
3. The Court sustains Amazon's objections to the Plaintiff's Requests No. 1-3 and 8 of Plaintiff's Fourth Set of Discovery;
4. Mr. DasGupta is an apex with witness and Plaintiff has not met her burden to prove that he has unique and superior knowledge on a relevant issue and that less intrusive means could not provide the relevant evidence.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Discovery and Depositions is HEREBY DENIED with respect to Plaintiff's Requests No. 1-3 and 8 of Plaintiff's Fourth Set of Discovery and the Plaintiff's demand for Mr. DasGupta's deposition.

IT IS FURTHER ORDERED that Amazon's Motion for Protective Order as to Mr. DasGupta's deposition is GRANTED.

Signed on this the  12th  day of  February  2024.

_____
**THE HONORABLE JUDGE OF SAID COURT**