IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KIMBERLY DEBEER, surviving spouse and wrongful death personal representative of DANIEL DEBEER, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON LOGISTICS, INC. d/b/a PRIME, AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AAF555 LLC, NORTHWEST EXPRESS, LLC, ASD EXPRESS, LLC, and JUSTIN NZARAMBA<br><br>    Defendants. | Civil No. 23-CV-33-ABJ |

**PROTECTIVE ORDER BARRING PLAINTIFF FROM TAKING THREE DEPOSITIONS**

THIS MATTER came before the Court on *Amazon Defendants' Motion for Protective Order*. The Court, being fully advised, FINDS good cause exists pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to grant the *Motion*.

IT IS HEREBY ORDERED that *Amazon Defendants' Motion for Protective Order* is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is barred from taking the depositions of Steve Dasgupta, Mahendra Hariharan, and Brian Coppinger.

DATED this \_\_\_\_ day of _____ 2024.

_____
UNITED STATES MAGISTRATE JUDGE