4/3/24, 5:02 PM                         Christmas delayed: Amazon offers $20 gift cards, refunds shipping charges after UPS and FedEx problems – GeekWire

Case 2:23-cv-00033-ABJ   Document 81-1   Filed 04/03/24   Page 1 of 7

Trending: Amazon Web Services cuts hundreds of jobs in sales, training, and physical stores tech group (https://www.geekwire.com/2024/amazon-web-services-cuts-hundreds-of-jobs-in-sales-training-and-physical-stores-technology/)

# Christmas delayed: Amazon offers $20 gift cards, refunds shipping charges after UPS and FedEx problems

BY TODD BISHOP (HTTPS://WWW.GEEKWIRE.COM/AUTHOR/TODD/) on December 26, 2013 at 6:15 am

In-depth Amazon coverage from the tech giant's hometown, including e-commerce, AWS, Amazon Prime, Alexa, logistics, devices, and more.



(https://www.facebook.com/photo.php?fbid=766057143408591&set=a.217043341643310.64852.154423787905266&type=1)Didn't get what you expected under the tree? It's probably marooned in a package delivery center.

Following widespread complaints about absent packages (http://www.cnn.com/2013/12/25/us/ups-delays/), Amazon says it is refunding shipping charges and offering $20 gift cards to customers whose gifts weren't delivered in time for Christmas Day.

UPS and FedEx are conceding (http://usnews.nbcnews.com/_news/2013/12/25/22047875-ups-fedex-draw-fire-after-christmas-delivery-problems?lite) that they were overwhelmed by last-minute orders and bad weather, causing unexpected delays in the delivery of some packages. The overall volume of online orders for the holidays appears to have exceeded expectations. That's a good trend for Amazon in the long run, but problematic in the short term.

4/3/24, 5:02 PM  Christmas delayed: Amazon offers $20 gift cards, refunds shipping charges after UPS and FedEx problems – GeekWire

Case 2:23-cv-00033-ABJ   Document 81-1   Filed 04/03/24   Page 2 of 7

Amazon says it is "reviewing the performance" of the delivery companies. Amazon "processed and tendered customer orders to delivery carriers on time for holiday delivery," the company says in a statement (http://online.wsj.com/news/articles/SB10001424052702304753504579280194287430208).

**Follow-up:** How the Christmas shipping debacle will alter online retail (https://www.geekwire.com/2013/christmas-shipping-debacle-change-online-retailers-approach-holidays/)

UPS offered this explanation (http://www.ups.com/content/us/en/about/news/service_updates/20121224_delays.html) in a Christmas Day service update: "UPS understands the importance of your holiday shipments. UPS is experiencing heavy holiday volume and making every effort to get packages to their destination; however, the volume of air packages in our system exceeded the capacity of our network immediately preceding Christmas so some shipments were delayed. UPS is not making pickups or deliveries on Christmas Day and will resume normally scheduled service on December 26."

The situation turned an otherwise innocuous Christmas message from UPS on Facebook (https://www.facebook.com/photo.php?fbid=766057143408591&set=a.217043341643310.64852.154423787905266&type=1) into an open forum for customer complaints, with some UPS employees jumping in to defend the company. Wrote one, "I'm a driver, got off at 1010 last night, 60hr weeks, I'm tired, Mother Nature, a booming economy and no one visiting malls any more cause this…..no reason 4 anyone to be mad…Merry Christmas."

A UPS spokeswoman told CNN (http://www.cnn.com/2013/12/25/us/ups-delays/) that the company decided not to ask drivers to work on Christmas, after giving it "much thought and consideration." She explained, "They've pulled in extra hours. We did a lot of Sunday deliveries, which we normally don't do. It wasn't a decision that we came to lightly."

Amazon has increasingly shown its willingness to take over elements of delivery, as evidenced by initiatives including Amazon Fresh and its "Prime Air" drone delivery plan (https://www.geekwire.com/2013/amazons-big-surprise-working-autonomous-flying-delivery-drones/). This incident is the type of thing that could push the company further into the delivery business, by creating a motivation to control more of the end-to-end customer experience.

## Related Stories



(https://www.geekwire.com/2023/amazon-rolls-out-ground-shipping-service-for-sellers-in-broader-challenge-to-ups-and-fedex/)
**Amazon rolls out ground shipping service for sellers in broader challenge to UPS and FedEx (https://www.geekwire.com/2023/amazon-rolls-out-ground-shipping-service-for-sellers-in-broader-challenge-to-ups-and-fedex/)**



(https://www.geekwire.com/2024/pandion-an-e-commerce-delivery-startup-led-by-amazon-air-founder-lands-41-5m/)
**Pandion, an e-commerce delivery startup led by Amazon Air founder, lands $41.5M (https://www.geekwire.com/2024/pandion-an-e-commerce-delivery-startup-led-by-amazon-air-founder-lands-41-5m/)**



(https://www.geekwire.com/2022/why-its-so-difficult-for-labor-unions-to-organize-amazon-prime-delivery-drivers/)
**Why it's so tough for labor unions to organize Amazon Prime drivers (https://www.geekwire.com/2022/why-its-so-difficult-for-labor-unions-to-organize-amazon-prime-delivery-drivers/)**



(https://www.geekwire.com/2023/amazon-expands-customer-reviews-to-third-party-sites-in-new-phase-of-buy-with-prime-program/)
**Amazon expands customer reviews to third-party sites in new phase of 'Buy with Prime' program (https://www.geekwire.com/2023/amazon-expands-customer-reviews-to-third-party-sites-in-new-phase-of-buy-with-prime-program/)**

f (https://www.facebook.com/sharer/...)   (https://twitter.com/...)   (https://...linkedin...)   (mailto:...)

**Previous Story**    **Next Story**

❮ Valve's servers, Left 4 Dead? Steam goes down after Christmas game giveaway (https://www.geekwire.com/2013/valves-online-storefront-unavailable/)

Amazon Prime tops 20 million members as company touts its best holiday season ever (https://www.geekwire.com/2013/amazon-prime-top-20-million-members-as-company-touts-best-holiday-season-on-record/) ❯

Like what you're reading? Subscribe to GeekWire's free newsletters to catch every headline

[Enter your email address] [Subscribe]

**Most Popular on GeekWire**

 (https://www.geekwire.com/2024/amazon-web-services-cuts-hundreds-of-jobs-in-sales-training-and-physical-stores-technology/)
**Amazon Web Services cuts hundreds of jobs in sales, training, and physical stores tech group (https://www.geekwire.com/2024/amazon-web-services-cuts-hundreds-of-jobs-in-sales-training-and-physical-stores-technology/)**

 (https://www.geekwire.com/2024/data-protection-giant-veeam-moves-hq-to-seattle-region-tops-1-5b-in-annual-recurring-revenue/)
**Data protection giant Veeam moves HQ to Seattle region, tops $1.5B in annual recurring revenue (https://www.geekwire.com/2024/data-protection-giant-veeam-moves-hq-to-seattle-region-tops-1-5b-in-annual-recurring-revenue/)**

 (https://www.geekwire.com/2024/from-timber-to-tech-spokanes-startup-scene-is-ready-for-its-big-breakthrough/)
**From timber to tech: Spokane's startup scene is ready for its big breakthrough (https://www.geekwire.com/2024/from-timber-to-tech-spokanes-startup-scene-is-ready-for-its-big-breakthrough/)**

 (https://www.geekwire.com/2024/a-boost-for-fusion-power-with-new-law-washington-state-leaders-signal-support-for-sectors-next-steps/)
**A boost for fusion power: With new law, Washington state leaders signal support for sector's next steps (https://www.geekwire.com/2024/a-boost-for-fusion-power-with-new-law-washington-state-leaders-signal-support-for-sectors-next-steps/)**

**Job Listings on GeekWork**

 **Vice President of Engineering (https://www.geekwire.com/jobs/job/adaptx-2-vice-president-of-engineering/)**
AdaptX

(https://www.geekwire.com/jobs/job/adaptx-

2-vice-president-of-
engineering/)

 **ML Engineer (https://www.geekwire.com/jobs/job/geekwork-seattle-bay-area-2-ml-engineer/)**
GeekWork
(https://www.geekwire.com/jobs/job/geekwork-
seattle-bay-area-2-ml-
engineer/)

 **Systems Administrator II (https://www.geekwire.com/jobs/job/city-of-newport-newport-oregon-2-systems-
administrator-ii/)**
City of Newport
(https://www.geekwire.com/jobs/job/city-
of-newport-newport-
oregon-2-systems-
administrator-ii/)

Find more jobs on GeekWork (/jobs/). Employers, post a job here (/jobs/pricing/).

## A Word From Our Sponsors

 **Looking for Employee Benefits? Keep it Local with the ALLtech Health Trust!** Read More
(https://www.geekwire.com/sponsor-post/looking-for-employee-benefits-keep-it-local-with-the-
alltech-health-trust/)

(https://www.geekwire.com/sponsor-
post/looking-for-employee-benefits-
keep-it-local-with-the-alltech-health-
trust/)

 **A New Initiative at the Port of Tacoma Showcases the Potential of 5G Technology** Read
More (https://www.geekwire.com/sponsor-post/a-new-initiative-at-the-port-of-tacoma-
showcases-the-potential-of-5g-technology/)

(https://www.geekwire.com/sponsor-
post/a-new-initiative-at-the-port-of-



tacoma-showcases-the-potential-of-5g-
technology/)



(https://www.geekwire.com/sponsor-
post/how-a-community-bank-simplified-
small-business-lending-with-open-
banking-innovation/)

**How A Community Bank Simplified Small Business Lending with Open Banking Innovation**
Read More (https://www.geekwire.com/sponsor-post/how-a-community-bank-simplified-small-business-lending-with-open-banking-innovation/)



(https://www.geekwire.com/geekwire-
studios/)

**Tell your story with GeekWire Studios.** Learn how AWS, Smartsheet, BECU and other top brands tap into the power of GeekWire Studios. (https://www.geekwire.com/geekwire-studios/)



(https://www.geekwire.com/sponsor-
post/87-of-young-people-are-talking-to-
their-parents-about-online-risks-says-
new-research-from-microsoft-however-
greater-awareness-of-safety-features-
and-tools-is-needed-2/)

**87% of young people are talking to their parents about online risks, says new research from Microsoft. However, greater awareness of safety features and tools is needed.** Read More (https://www.geekwire.com/sponsor-post/87-of-young-people-are-talking-to-their-parents-about-online-risks-says-new-research-from-microsoft-however-greater-awareness-of-safety-features-and-tools-is-needed-2/)

# About

About GeekWire (/about-geekwire/)
Contact Us (/contact-us/)
Ask About Advertising (/advertise/)
Send Us a Tip (/tips/)
Become a GeekWire Member (/memberships/)
Join Our Startup List (/submit-startup/)

Reprints and Permissions (http://geekwirereprints.magreprints.com/)

## Follow

f (https://www.facebook.com/geekwire)    (https://twitter.com/intent/user?screen_name=geekwire)
in (https://www.linkedin.com/company/geekwire)    (https://www.instagram.com/geekwire/)    (/rss-feeds/)
 (/podcast/)    (https://www.youtube.com/subscription_center?add_user=GeekWire)

## GeekWire Newsletters

Catch every headline in your inbox

| Enter your email address | Subscribe |

## Read GeekWire

 Apple News (https://apple.news/T-EsjXXc_SUaixm4bcBSpAw)
 Google News (https://news.google.com/publications/CAAqBwgKMK-x2wowterLAQ?ceid=US:en&oc=3)

### Legal

Privacy Policy (/privacy/)
Terms of Use (/termsofuse/)
Sponsored Content Policy (/underwritten-sponsored-content-geekwire/)

⬆ Return to Top of Page
© 2011-2024 GeekWire, LLC

f (https://www.facebook.com/share...)    (https://twitter.com/...)    (linkedin...)    (email...)