Mahendran has a premium account

# Mahendran Hari

3rd degree connection 3rd
Program Manager at Amazon

- 

Tempe, Arizona, United States Contact info

## About

Data-driven and result-oriented business leader with experience in high tech environments. Global experience dealing with customers, distribution channels, and manufacturing spanning Philippines, Europe, South Korea and Japan.

4 years driving cross-functional teams (factory operations, product mgmt and strategic planning) 3+ years managing complex, technical and strategic programs.

Specializations:
• P&L/Budget Accountability
• Semiconductors
• Transportation Compliance
• Negotiation
• Strategic Planning
• Demand Forecasting
• Program/Product ManagementData-driven and result-oriented business leader with experience in high tech environments. Global experience dealing with customers, distribution channels, and manufacturing spanning Philippines, Europe, South Korea and Japan. 4 years driving cross-functional teams (factory operations, product mgmt and strategic planning) 3+ years managing complex, technical and strategic programs. Specializations: • P&L/Budget Accountability • Semiconductors • Transportation Compliance • Negotiation • Strategic Planning • Demand Forecasting • Program/Product Management

## Experience

- 



Program Manager II, Transportation ComplianceProgram Manager II, Transportation Compliance

Amazon · Full-timeAmazon · Full-time Dec 2020 - Present · 3 yrs 2 mosDec 2020 - Present · 3 yrs 2 mos Tempe, Arizona, United StatesTempe, Arizona, United States

- - Implemented safety strategies and business models in Amazon's Middle Mile transportation network. Led and mentored a team of 8 analysts to combat illegal brokering and conduct deep-dive investigations.Implemented safety strategies and business models in Amazon's Middle Mile transportation network. Led and mentored a team of 8 analysts to combat illegal brokering and conduct deep-dive investigations.
  - **Skills:** Continuous Improvement · Cross-functional Team Leadership · Product Strategy · Financial Metrics**Skills:** Continuous Improvement · Cross-functional Team Leadership · Product Strategy · Financial Metrics

Leadframe Product ManagementLeadframe Product Management

Amkor Technology, Inc. · Full-timeAmkor Technology, Inc. · Full-time May 2017 - Dec 2020 · 3 yrs 8 mosMay 2017 - Dec 2020 · 3 yrs 8 mos Phoenix, Arizona AreaPhoenix, Arizona Area

- - Demand Forecasting, optimizing key performance metrics, and planning for Amkor Technology Leadframe products and offerings. Reporting directly to SVP of our group, and collaborating with sellers on pricing, promotions and client requirements to provide regional HQ demand requirements using analytics methods to support financial considerations.Demand Forecasting, optimizing key performance metrics, and planning for Amkor Technology Leadframe products and offerings. Reporting directly to SVP of our group, and collaborating with sellers on pricing, promotions and client requirements to provide regional HQ demand requirements using analytics methods to support financial considerations.

- - 
    - 
    - 
        - **Skills:** Capital Expenditures · Capacity Planning · Capacity Utilization**Skills:** Capital Expenditures · Capacity Planning · Capacity Utilization

- 

Business Analyst StudentBusiness Analyst Student
Arizona Public Service - APSArizona Public Service - APS Feb 2016 - Dec 2016 · 11 mosFeb 2016 - Dec 2016 · 11 mos Phoenix, Arizona AreaPhoenix, Arizona Area

- 
    - Devised a workforce calculation methodology after extrapolating past incoming call data to generate an accurate model of future calls by diminishing 50% of error.
    Created a automated and optimized scheduling system to best utilize current level of staff based off historical data.
    Applied lean/six sigma methodology to stream line forecasting process in the APS call centers. Devised a workforce calculation methodology after extrapolating past incoming call data to generate an accurate model of future calls by diminishing 50% of error. Created a automated and optimized scheduling system to best utilize current level of staff based off historical data. Applied lean/six sigma methodology to stream line forecasting process in the APS call centers.
- 
    - 
        - 

# EducationEducation

- 

[Auburn UniversityAuburn University](#)

Master's degree, Industrial and systems engineeringMaster's degree, Industrial and systems engineering Dec 2019 - Dec 2023Dec 2019 - Dec 2023

- **Skills:** Project Management · Safety Engineering · Continuous Improvement · Six Sigma Green Belt · Lean Six Sigma**Skills:** Project Management · Safety Engineering · Continuous Improvement · Six Sigma Green Belt · Lean Six Sigma



Arizona State UniversityArizona State University

Bachelor of Science - BS, Industrial EngineeringBachelor of Science - BS, Industrial Engineering 2013 - 20172013 - 2017

Show all 3 educations

## Licenses & certificationsLicenses & certifications



Lean Six Sigma Green BeltLean Six Sigma Green Belt

Auburn UniversityAuburn University Issued Dec 2023Issued Dec 2023



Lean Green BeltLean Green Belt

Ira A. Fulton Schools of Engineering at Arizona State UniversityIra A. Fulton Schools of Engineering at Arizona State University Issued May 2017Issued May 2017

# VolunteeringVolunteering

- 

  Advocacy ManagerAdvocacy Manager

  Hemophilia Federation (India)Hemophilia Federation (India) May 2014 - Jul 2017 · 3 yrs 3 mosMay 2014 - Jul 2017 · 3 yrs 3 mos HealthHealth

- 

  VolunteerVolunteer

  National Cooperative Business Association CLUSA International (NCBA CLUSA)National Cooperative Business Association CLUSA International (NCBA CLUSA) Nov 2022 - Present · 1 yr 3 mos