

**Brian Coppinger** (He/Him) · 3rd
Sr. Program Manager, On Road Safety, NA Surface Transportation, Safety and Compliance

- Amazon
- Iowa State University

Nevada, Texas, United States · Contact info
500+ connections

Message    + Follow    More

## About

31 years of experience as a Results-focused Transportation/Logistics Management Professional currently for a Fortune 500 company and previously for 3PL Dedicated Private Fleet Operations. Excel at transforming and molding high-potential staff into outstanding leaders who demonstrate the creativity and savvy that is critic …see more

## Activity
905 followers

Posts    Comments    Videos

**Brian Coppinger** posted this • 9mo

Praying for the 3 Pilots who lost their lives protecting ours up in Alaska. Blessed to say that my Son survived this accident but also feel sad that 3 of his Brothers did not. I will probably get kicked off LinkedIn for this but if you can help support this cause…

20                                                                    6 comments

**Brian Coppinger** posted this • 10mo

I got to see my Son Gabe flying the Apache today in North Pole, AK while we are visiting for the week. So proud of his service to this nation.

63                                                        7 comments • 1 repost

**Brian Coppinger** posted this • 1yr

Jai Whitted, M.S. #Kudos I am blessed to say you were one of my Day 1 friends! Keeping doing awesome things! #MakingAnImpact

3                                                                     1 comment

Show all posts →

## Experience

**Sr. Program Manager, On Road Safety, NA Surface Transportation, Safety and Compliance**
Amazon · Full-time
Feb 2022 - Present · 2 yrs
Iowa City, Iowa, United States · Remote

**Skills:** Project Management · Analytical Skills

 **Walgreens**
7 yrs 8 mos

**Area Logistics Manager**
Jan 2019 - Jan 2022 · 3 yrs 1 mo
Waxahachie, Texas · On-site

Area Logistics Manager for Waxahachie and Houston Fleets that deliver direct to Stores.

**Skills:** Fleet Management · Forecasting · Project Management · Analytical Skills

**Supply Chain Manager - Fleet Operations**
May 2018 - Jan 2019 · 9 mos
Waxahachie, Texas

**Skills:** Fleet Management · Forecasting · Project Management · Analytical Skills

**Supply Chain Manager-Fleet Operations**
Jun 2014 - May 2018 · 4 yrs
Mount Vernon, Illinois

**Skills:** Fleet Management · Forecasting · Project Management · Analytical Skills

**General Manager**
STS Transportation Services
Mar 2004 - May 2014 · 10 yrs 3 mos
Iowa City, Iowa Area

Oversee the daily operations of a Transportation 3PL with revenues of 13 mil and 79 employees. STS specializes in Shuttle and Spotting operations with…

**Skills:** Fleet Management · Forecasting · Account Management · Project Management · Analytical Skills

**Fleet Manager Western US.**
Conagra/JM Swank/JRRW Transport
2001 - 2004 · 3 yrs

Managed outbound shipments into the Western Half of the US and return shipments of ingredients to our Warehouse facility in Iowa. Worked with…

**Skills:** Fleet Management

**Drayage Manager**
CH Robinson
1999 - 2001 · 2 yrs

Manage Drayage centralization implementation, accounts payable, and carrier relations.

**Skills:** Fleet Management

Show all 9 experiences →

## Education

 **Iowa State University**
BBA, Transportation/Logistics
1986 - 1990

Activities and societies: Kappa Sigma Fraternity, Intra-mural sports

Bachelors of Business Administration in Transportation Logistics

**Wartburg College**
BA, Computers
1985 - 1986

## Skills