!



# Amazon
5,642 followers

Join to edit   •••

Amazon is an American multinational technology and vast Internet-based enterprise that sells books, music, movies, housewares, electronics, toys, and many other goods, either directly or as the middleman between other retailers and Amazon.com's millions of customers. More specifically, they are a co... Read more

**Industries**
Cloud, E-Commerce  +6

**Headquarters**
Arlington, United States

**Stage**
IPO

**Employees**
10,000+

**Links**

   

## Org chart



**Andy Jassy**
President & CEO

112

 Andy Jassy

Collapse ∧


15


45

**Adam N. Selipsky**
CEO, Amazon Web Services

**Douglas J. Herrington**
CEO, Worldwide Amazon Stores



**Brian T. Olsavsky**
SVP & Chief Financial Officer

8



**Stephen Schmidt**
Chief Security Officer

0



**David A. Zapolsky**
SVP, General Counsel & Secretary

12

**Colleen Aubrey**
SVP, Advertising Products & Tech

5



**Drew Herdener**
SVP, Worldwide Communications

1



**James Hamilton**
SVP, Distinguished Engineer

0



**Beth Galetti**
SVP, People eXperience and Technology

1

**Prasad Kalyanaraman**
VP, Infrastructure Services

0



**Col Needham**
Founder & CEO, IMDb

0

**Emmet Shear**
CEO, Twitch

0



**Jamie Siminoff**
CEO, Ring

0

**Tobias Straub**
CFO, Amazon Devices & Services

0



**Rohit Prasad** — SVP & Head Scientist, Alexa — 0

**Nadya Dhalla** — GM, Alexa Entertainment — 0

**RS Robert Stites** — VP, Operations & Supply Chain, Amazon Lab126 — 0

**LA Lindo St. Angel** — VP, Engineering Lab126 — 0

**Andrew Bennett** — VP, Global Device Partnerships — 0

**Robert Williams** — VP, Devices — 0

**Steve Boom** — VP, Music — 0

**Vicky Eguia** — Head of Publicity, Amazon Original Movies — 0

**Tamara Golihew** — Head of Amazon Studios Global Entertainment Content Publicity — 0

**John Felton** — SVP, Worldwide Operations — 1

## Teams

View all teams (3)

 +4
**Leadership Team**
9 members

 +6
**Board of Directors**
11 members

 

# Amazon Org Chart Report in 2023 | Amazon Secret S-Team

Amazon Org Chart Report in 2023 | Amazon Secret S-Team



Amazon.com, Inc.

410 Terry Avenue North

Seattle, WA 98109-5210

ABOUT US    TESTIMONIALS    PRIVACY POLICY    CCPA OPT OUT    REFUND POLICY

TERMS OF SERVICE    CONTACT US

### FREE WEEKLY ORG CHART ALERT SIGN-UP

Sign up for the **FREE** Weekly Org Chart Alert featuring Newly Updated Org Charts & Actionable Sales Trigger Events from Trending Fortune 500 Companies.

Your email address here                                   SIGN UP

Copyright © 2023, databahn. 200 Innovative Way, Suite 1300, Nashua, NH, USA. Main Office Phone: (844) 328-2224.

       

organizational structures, which makes it very challenging to navigate and sell to. These Charts are not your typical hierarchical organizational structure. There are a staggering 1,461,000 full time employees who work within Amazon (as of June 30, 2023 quarterly report).

# I've never sold to Amazon before, where do I start?

You start by learning how the complex organization is structured and understand who holds the important positions. The phone numbers and email addresses could be delivered instantly to you through a purchase in the databahn store. With the purchase of the Amazon Org Charts, you will receive a PowerPoint file with 50+ slides and the Excel spreadsheet with hundreds of contact names, phone numbers and email addresses.

# How to understand Amazon's complex organizational structure?

Look at the Amazon divisions, groups, business units, and teams from the top down. The Amazon org charts offer a perspective from the Board of Directors to the senior executive management team to the **Secret S-Team** and down to the key executives in the multiple divisions and business units.

# What does the Amazon organizational structure look like?



## Who is on the Amazon Secret S-Team?



Case 2:23-cv-00033-ABJ   Document 81-10   Filed 04/03/24   Page 7 of 15



## Who are the top executive officers at Amazon?



# Who is on the board of directors at Amazon?



4 Questions

## Does databahn report on Amazon executive changes?

Yes, the databahn research team tracks executive changes at Amazon to maintain and update the Amazon org charts. Here are some of the notable changes in the past few months.

**Amazon announced the addition of 3 new executives to its senior leadership team on September 1, 2023.**

The three additional executives are:
- Swami Sivasubramanian, a longtime AI leader for AWS
- Aicha Evans, CEO of Amazon-owned self-driving car company Zoox
- David Brown, oversees AWS Elastic Cloud Compute service, EC2

Andy Jassy, Amazon CEO, announced the additions in a message to employees that was also published on the company's corporate site. The "**S-team**" as it's known internally, now has 32 executives.

"Their customer obsession, inventiveness, propensity to be right a lot, curiosity and ability to learn, humility, very high standards, and missionary approach (always focusing on what's best for customers — and the company as a whole vs. just their own area) are distinguishing characteristics that will make them effective steam members," Jassy write about Amazon's leadership principles and the new hires.

Jassy continued, "Additionally, the fact that we're living in such an unusual time of invention and change makes me extra excited to have this trio join our crew."

Here is an updated list of Amazon senior leaders:

- Amit Agarwal, SVP India and Emerging Markets
- Colleen Aubrey, SVP, Advertising Product and Technology
- Christine Beauchamp, SVP, North America Stores
- •••Jeff Blackburn, SVP, Global Media & Entertainment•••(retired)
- Peter DeSantis, VP AWS Utility Computing
- John Felton, SVP, Worldwide Operations
- Beth Galetti, SVP, People eXperience and Technology
- Matt Garman, SVP, AWS Sales and Marketing
- Russell Grandinetti, SVP, International Stores
- James Hamilton, SVP and Distinguished Engineer, AWS
- Drew Herdener, SVP, Worldwide Communications
- Doug Herrington, CEO, Worldwide Amazon Stores
- Tony Hoggett, SVP, WW Grocery Stores
- Mike Hopkins, SVP of Amazon Video and Studios
- Andy Jassy, CEO
- Paul Kotas, SVP, Advertising, IMDb, and Grand Challenge
- Peter Krawiec, VP, Worldwide Corporate Development

- Dave Limp, SVP, Devices & Services
- Neil Lindsay, SVP, Health
- Brian Olsavsky, SVP and Chief Financial Officer
- Rohit Prasad, SVP and Head Scientist, Artificial General Intelligence at Amazon
- Adam Selipsky, CEO, Amazon Web Services
- Steve Schmidt, Chief Security Officer
- Dave Treadwell, SVP, Commerce Foundation
- David Zapolsky, SVP, Global Public Policy and General Counsel
- Steve Boom, VP of Audio, Twitch, and Games
- Candi Castleberry, VP of Inclusive eXperiences and Technology
- Udit Madan, VP of Amazon Transportation
- Rob Williams, VP, Device Software and Services
- Aicha Evans, CEO, Zoox
- Swami Sivasubramanian, VP, AWS Data & AI
- David Brown, VP, Compute Services

# Do the Amazon org charts include contact information?

Yes, the report includes an Excel spreadsheet with Names, Titles, Direct Dial Phone Numbers, Email Addresses, and links to social media profile pages. The Amazon email addresses are nearly impossible to decipher without our contact sheet.

# What can I expect to see in the Amazon Contact Info spreadsheet?

While there are 1.2 Million full time employees, we have identified 2,500 of the most important Chief level and VP level and Director level executives to sell to across the major Amazon divisions and

business units and teams. Save dozens of hours of research time by purchasing the Amazon org charts which includes a Contact Information spreadsheet.

# I need to ramp up quickly so I can sell to Amazon, where do I start?

You need to start producing this quarter and your sales manager wants activities and meetings and forecasted sales opportunities. You need to engage with the right decision makers within the right Amazon divisions and teams. It's going to take you hours of combing through Google news, annual reports, earnings calls, articles, blogs, executive interviews, press releases and social media sites to cobble together your own org diagrams and contact information. According to a Hubspot study, 11% of an enterprise sales rep's workday is spent researching their target accounts. When you purchase the Org Charts from us, you hit the ground running and you're immediately productive. One of the most important aspects of selling is knowing who to call and who makes the decisions.

# Who replaced Jeff Bezos as CEO of Amazon?

Andy Jassy replaced Jeff Bezos as CEO of Amazon in 2021. Andy Jassy served as the CEO of Amazon Web Services. Jassy started with Amazon in 1997. Bezos intends to stay involved with large strategic Amazon projects however this move will enable him to get more involved with Blue Origin (privately funded aerospace company founded by Bezos), The Washington Post, Amazon Day 1 Fund, and the Bezos Earth Fund.

# Who will benefit from purchasing the Amazon Org Charts?

Enterprise sales reps will be able to reduce the amount of time spent researching the Amazon organizational structure. According to a Hubspot study, 11% of an enterprise sales rep's workday is spent researching their target accounts. To build and maintain the Amazon org charts, it would take you dozens of hours combing through Google news, annual reports, earnings calls, articles, blogs, executive interviews, press releases and social media sites. databahn developed and maintains the dynamic Amazon Org Charts with the enterprise sales executive (options: global, strategic, enterprise, major, key account executive) in mind. databahn helps eliminate costly research time and uncover new Amazon sales prospects and Amazon contact information. In addition, databahn will help Account Based Marketing managers with their Amazon 1:1 ABM program.

## What can I expect to see within my Charts?

Over 50 pages will be included AWS and Go and Fresh and Alexa and Air and Retail and Prime Video and many more Amazon Divisions and Teams including the Secret S-Team. When you download the Amazon Org Charts, you can expect to see over 25 org chart slides detailing the major divisions and the team groups within the divisions. For example, within Devices you will see Lab126 and MAKO and Blink and Ring and Wireless Technologies and Device Software and the Device Design Group including Engineering and Operations & Supply Chain and many more.

## How frequently do you update the Org Chart?

We built the first org chart on Amazon in January of 2015 and we have been updating it quarterly ever since. The most current version of the Amazon Org Charts was published on August 5, 2023. We are the experts when it comes to building org charts and tracking who's leaving the organization, who's new and who is moving to a new role with new responsibilities.

## If I purchase the charts today, will I receive updates when you publish them?

No. When you purchase them, it is a one-time purchase. You are purchasing a single snapshot of the Org Charts. You are welcome to come back in the future and purchase the updated org charts.

## Do you cover all of the Amazon subsidiaries in your org charts?

We cover a large number of the Amazon subsidiaries in the org charts but not all of them. If you would like to see coverage on additional subsidiaries, you can submit a request at the time you purchase the Org Charts and your request will be given to our team of researchers. It generally takes 2-3 weeks to add the new org charts and publish them.

## What format will the Org Charts be in?

Charts are actively maintained in Google, PowerPoint format and PDF. When you pay for and download the Amazon Org Charts, you will immediately have access to the PDF and PPT files. If you would also like to see them in Google Slides, you will need to request them from the databahn customer support team. They can be reached by email info@databahn.com or by phone Call us at 844-328-2224

# Can they be customized on request?

databahn will build out org charts for additional Amazon business units, teams, or lines of business for an additional fee. For example, if your Amazon account team is pursuing the Amazon Human Resources (HR) line of business or the Finance & Accounting line of business, then we will have a discussion about your focus, and add these to the existing Amazon Org Charts.

# What other type of Amazon account research does databahn deliver to its clients?

In addition to the Amazon Org Charts, databahn conducts deep dive research into the Amazon organization to identify key decision maker contacts, business & technology drivers, growth strategies, strategic plans & initiatives, budgets, active projects, competitive landscapes, and sales trigger events. databahn helps its clients eliminate costly research time and uncover new sales opportunities throughout the vast and complex Amazon organization. want to understand Amazon's complex organizational structure? Look at the Amazon divisions, groups, business units, and teams from the top down. The Amazon org charts offer a perspective from the Board of Directors to the senior executive management team to the Secret S-Team and down to the key executives in the multiple divisions and business units.

# Do they include contact information?

Yes, the report includes an Excel spreadsheet with Names, Titles, Direct Dial Phone Numbers, Email Addresses, and links to social media profile pages. The Amazon email addresses are nearly impossible to decipher without our contact sheet.

**About databahn**
Established in 2015, databahn is an account intelligence company headquartered in Nashua, New Hampshire.  The databahn resesearch team specialize in providing comprehensive and up-to-date information on Fortune 1000 and Global 2000 companies. databahn offers a range of information services, including deep dive company profiles, financial insights, news updates, competitive

analysis, and accurate contact information. databahn's account intelligence is meticulously curated, enabling businesses to make informed decisions, identify sales opportunities, and gain a competitive edge. With the focus on accuracy, completeness, and timeliness, databahn serves as a valuable resource for sales and marketing professionals and other industries that require reliable and actionable insights on large & complex enterprise companies.

**Yes, send me the Amazon Org Chart Report PowerPoint slides.**

Full Name

Business Email

Phone Number

Tell us what you're looking for...

SEND

500 Companies.

SIGN UP

Copyright © 2023, databahn. 200 Innovative Way, Suite 1300, Nashua, NH, USA. Main Office Phone: (844) 328-2224.

