IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Kimberly DEBEER, surviving spouse and wrongful death personal representative of Daniel DeBeer, deceased,**<br><br>*Plaintiff*,<br><br>vs.<br><br>**AMAZON LOGISTICS INC, AAF555LC, AMAZON.COM INC, Justin NZARAMBA, NORTHWEST EXPRESS LLC, AMAZON.COM SERVICES LLC and ASD EXPRESS LLC**<br><br>*Defendants*. | Case Number: 2:23-cv-00033-ABJ |

### ORDER ON INFORMAL DISCOVERY CONFERENCE

On September 12, 2024, the Court held an Informal Discovery Conference by Zoom in the above-captioned case before the Hon. Stephanie A. Hambrick, United States Magistrate Judge for the District of Wyoming, to resolve three discovery disputes. Plaintiff's counsel, Matthew E. Wright and Jed Chronic participated representing Kimberly DeBeer, the surviving spouse of Daniel DeBeer; and Keith Dodson appeared on behalf of the Amazon Defendants. Also present was Zenith Ward on behalf of AAF555, Justin Nzaramba, and Northwest Express.

Plaintiff's counsel requested an informal discovery conference to resolve issues regarding (1) Defendant's objections and responses to Plaintiff's Third Set of Requests for Production of documents ("RFPs"); (2) Defendant's objections and responses to Plaintiff's first interrogatories

and RFAs Nos. 1 and 2; and (3) the continuance of a deposition with Amazon's Fed. R. Civ. P. Rule 30(b)(6) witness.

After hearing all parties regarding the above issues, the Court ORDERS the following:

1. Plaintiff must file any Motion to Compel by **September 26th, 2024**, on all outstanding issues discussed at the informal discovery conference including:

    a. Issues regarding the "white papers;"

    b. Crash data dating back five years from the date of the accident;

    c. Any other outstanding discovery issues; and

    d. Any other issues regarding the Plaintiff's 30(b)(6) notice.

2. Defendant has two weeks from the filing of Plaintiff's Motion to Compel to file a Response, but any Response must be filed no later than **October 10, 2024**.

3. Plaintiff has one week from the filing of Defendant's Response to file a Reply, but any Reply must be filed no later than **October 17, 2024**.

4. Should the Parties Request for Excess Pages regarding their respective filings, the Court will consider such request.

5. Regarding the Rule 30(b)(6) deposition continuation, Amazon must adhere to its representation and withdraw all instructions not to answer except the objection made based on attorney/client privilege. Further, Amazon will not instruct the witness not to answer additional questions unless strictly in compliance with the Federal Rules of Civil Procedure and this Court's Local Rules.

6. Amazon will provide to the Court for *in camera* review the "white papers" if discovered to determine if the "white papers" are relevant and should be turned over to the Plaintiff.

7. Amazon must also adhere to its representation to Plaintiff that it is removing boilerplate objections in its answers to document requests and interrogatories. Amazon should provide any discovery that complies with the removal of these objections.

DATED this 13th day of September 2024.

*Stephanie Hambrick*
**STEPHANIE A. HAMBRICK**
UNITED STATES MAGISTRATE JUDGE